```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | WALLACE J. LEE
   | Special Assistant U.S. Attorney
 3 | 2500 Tulare Street, Suite 4401
   | Fresno, California 93721
 4 | Telephone: (559) 497-4000
   | Facsimile: (559) 497-4099
 5 |
 6 | Attorneys for the
   | United States of America
 7 |
 8 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |               EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,   )  Case No. 1:09-CR-00305 AWI
   |                             )
12 |              Plaintiff,     )  MOTION AND ORDER TO DISMISS
   |                             )  INDICTMENT
13 |      v.                     )
   |                             )
14 | VICTOR GOMEZ-GUTIERREZ,     )
   |                             )
15 |              Defendant.     )
   | _____)
16 |
17 |      Pursuant to Federal Rule of Criminal Procedure 48(a),
18 | Plaintiff United States of America, by and through its attorneys
19 | of record, BENJAMIN B. WAGNER, United States Attorney, and WALLACE
20 | J. LEE, Special Assistant United States Attorney, hereby moves to
21 | dismiss the indictment in this case without prejudice in the
22 | interest of justice.
23 |
24 | DATED: April 17, 2012            Respectfully submitted,
25 |                                  BENJAMIN B. WAGNER
                                      United States Attorney
26 |
                                  By:  /s/ Wallace J. Lee
27 |                                   WALLACE J. LEE
                                      Special Assistant U.S. Attorney
28 |
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     April 18, 2012
CHIEF UNITED STATES DISTRICT JUDGE